IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION No. 3:10CV403

**Juan Whipple d/b/a Queen City Tours of Charlotte**,

    Plaintiff,

        v.

**Geoff Karlavage d/b/a Queen City Segway, Queen City Segway Tours, Magic Carpet Glide**,

and

**Groupon, Inc. d/b/a Groupon.com**

    Defendants.

_____

## ORDER OF DISMISSAL
## AS TO GROUPON, INC. D/B/A GROUPON.COM ONLY

This matter having come before the Court by stipulation of the parties, the Court having reviewed the Stipulation and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that **GROUPON, INC. D/B/A GROUPON.COM** be dismissed *with prejudice* from the above-captioned action without costs to any party pursuant to the filed Stipulation for Entry of Order of Dismissal as to Groupon, Inc. d/b/a Groupon.com.

Signed: October 18, 2010

Richard L. Voorhees
United States District Judge